# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-249
_____

L.A.L., Mother of J.U., J.C.L.,
J.L.L., J.K.A., Minor Children,

 Appellant,

 v.

STATE OF FLORIDA DEPARTMENT
OF CHILDREN AND FAMILIES; and
GUARDIAN AD LITEM for J.U.,
J.C.L., J.L.L., and J.K.A.,

 Appellees.

_____


On appeal from the Circuit Court for Walton County.
Jeffrey E. Lewis, Judge.

September 22, 2020


PER CURIAM.

 AFFIRMED.

LEWIS, TANENBAUM, and LONG, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

L.A.L., pro se, Appellant.

Sarah J. Rumph, Tallahassee; Donald A. Mihokovich, Tampa; and Thomasina F. Moore, Tallahassee, for Appellees.